[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

15

Zakarrhea Lisa Newbern Mazzarri Bey

Plaintiff

v.

Defendant

Patrick T. Schuette
William B. Sullivan (Continue below)

**United States District Court**
**Northern District of Illinois**

1:20-cv-01772
Judge Manish S. Shah
Magistrate Judge Young B. Kim

# COMPLAINT

28 U.S.C. Federal Law Treaty Violations. 28 U.S.C. 1331

~~I wa~~

My Rights violated on my birthright Treaties - See treaties listed below: Sundry Free Moor, Moorish Zodiac Constitution, The Great Seal of the Moorish Nation, The Treaty of Peace and Friendship 1787/1836 - Sundry Free Moors Act of 1790: The 1781 Organic United States Constitution; Statement of claim will continue on next page: SEE attachment - Continuing of complaint

Defendants listed below:

Kenneth L. Johnson
Roy Hang
Julio Marroquin
Johnson, Blumberg, & Associates

**FILED**
MAR 13 2020 PG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

3-13-2020 Zakarrhea Lisa Newbern Mazzarri Bey all Rights Reserved

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

March 12, 2020

United States District Court Northern District of Illinois

# COMPLAINT

Plaintiff

Zakarrhea Lisa Newbern Mazzarri Bey
take mail at 5404 S. Seeley Avenue
Chicago, IL 60609

V

Case No. 2019CH02847

Defendant(s)
Patrick T. Schuette Lawyer
230 W. Monroe Street, Suite 1125
Chicago, IL 60606

William B. Sullivan
50 W. Washington Street
Rm 2803
Chicago, IL 60602

Kenneth L. Johnson
230 W. Monroe St. Suite 1125
Chicago, IL 60606

Roy Hong
230 W. Monroe St. Suite 1125
Chicago, IL 60606

Julio Marroquin
230 West Monroe St. Suite 1125
Chicago, IL 60606

March 12, 2020

Affidavit of Fact
Affidavit of Truth

COMPLAINT TREATY VIOLATIONS

**28 U.S.C. § 1331** Treaty Violations and Removal case State Court to District Court and in Violation of Article 3

# 28 U.S. Code § 1331. Federal question

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

Treaties listed below Laws and Constitution:

The Treaty of Peace and Friendship 1787/1836
Sundry Free Moors Act of 1790
Moorish Zodiac Constitution
The Great Seal of the Moorish Nation

Statement of Claim: Treaty Violations pursuant Title 28 U.S. Code § 1331 and removal of the case from State Court to District Court
Treaties and Federal Question Jurisdiction

Statement of Claim and Case: Removal of Case from State Court to District Court Defendants are proceeding on a case in district court the case number is 1:19-cv-07852

United States Defendants Patrick T. Schutte from Law Firm Johnson, Blumberg & Associates L.L.C., and his agents Kenneth L. Johnson, Roy Hong, Julio Marroquin, and William B. Sullivan unlawfully deciding on a case that I moved from State Court to District Court. The case number that is currently in District Court is 1:19-cv-07852 and Honorable Sara L. Ellis is the Judge on the case, and Status Hearing set for 06/02/2020. Case # 2019CH02847 moved from State Court to District.

Case number 2019CH02847 that moved from Circuit Court Chancery to District Court Division Judge William B. Sullivan set to rule on the case that is in Federal Court. The District Court decides on litigation due to Federal Question and Treaty. On February 28, 2020, Patrick T. Schuette from Law office Johnson, Blumberg & Associates, L.L.C. put in a Re-Notice of Motion Summary Judgement, Judgement of foreclosure on my land. Patrick T. Schuette and William B. Sullivan are unlawful to steal my parcel; This unlawful act scheduled to take place on March 31, 2020; this is a violation of my Treaties and my rights to due process. Defendants do not lawfully want to wait and let the District Court complete its function.

March 12, 2020

Under federal laws:

"… [T]he State court shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d); see also Ackerman v. ExxonMobil Corp. (4th Cir. 2013) 734 F3d 237, 249–250 (any postremoval action by state court is void ab initio).

The state court may resume jurisdiction only if and when the case is remanded by the federal court. See Allstate Ins. Co. v. Sup.Ct. (Wickham) (1982) 132 Cal. App. 3d 670, 676 (no power to resume if federal court dismisses rather than remands); see also Murray v. Ford Motor Co. (5th Cir. 1985) 770 F2d 461, 463 (state court has no power to set aside default judgment after removal).

Affidavit Declaration of Status:

I Plaintiff, Zakarrhea Lisa Newbern Mazzarri Bey the natural living flesh and blood woman, A Moor American National on the land not a U. S citizen. I am from a separate nation that has a right to remove an unlawful case from State Court to Federal Court based on My rights as an Indigenous Moor and under the 1787 Peace and Treaty Friendship and Moorish Zodiac Constitution all my rights as a Moor listed above. Mr. Schuette and his agents from Johnson Blumberg and Associates Kenneth L. Johnson, Roy Hong, Julio Marroquin, and Mr. Sullivan are violating my Treaty E.T.C. and set to deciding on a case pending in District Court.

Acts violated Constitutional amendments see below: Article 3,
Moorish Great Seal Constitution. Articles IV AND VI Article XV, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified AA222141 Clock of Destiny; The Moorish Nationality and Identification Card, Title 18, Part 1, Chapter 13 §241. Title 18, Part 1, Chapter 13 §242 of United States Codes of Law.

Title 18, Part 1, Chapter 13 §241 of United States Codes of Law If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same E.T.C.

March 12, 2020

(the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government.

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "Declaration of the Rights of the Child" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "Universal Declarations on Human Rights" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "Executive Order 13107"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

Furthermore, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D. = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

March 12, 2020

Additional information and comments State and Jurisdiction:

The State cannot participate or contract with Treaties. State courts lack jurisdiction over treaty issues. Judges or Magistrate exercising jurisdiction over treaty issues in violation of article 3 of the Constitution are not within their jurisdiction and barred from claiming judicial immunity by

knowingly and intentionally violating the constitutional power given to them and exercising judicial powers of a federal judge without a congressional appointment.

Additional information regarding Jurisdiction and case law below:
*.*

12. If any Tribunal (Court) finds the absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 211 US 149, 29S. CT 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt."

13. "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties." Griffin v. Matthews, 310 F Supra 341, 342 (1969): and "Want of Jurisdiction may not be cured by consent of parties." Industrial Addition Association v. C.I., R., 323 US 310, 313.

I often phrase my prayers for relief as follows:

Wherefore I Lisa Newbern Mazzarry Bey plaintiff prays this Court to issue relief as follows:

1. commanding the defendant to wait for the District Court to resolve the issue
2. Issue declaratory relief and Injunctive relief as this Court deems appropriate just
3. reversionary of my estate to Zakarrhea Lisa Newbern Mazzarri Bey
4. Award plaintiff (Zakarrhea Lisa Newbern Mazzarri Bey ) 2,295.000 or 2.3 million for parcel pain and suffering costs of litigation.

Here is the breakdown request for defendants cost:
Patrick T. Schuette 459,000
William B. Sullivan 459,000
Kenneth L. Johnson 459,000
Roy Hong 459,000
Julio Marroquin 459,000

Respectfully submitted,

Zakarrhea Lisa Newbern Mazzarri Bey all rights reserved

Zakarrhea Lisa Newbern Mazzarri Bey All Rights Reserved ARR: UCC-I308



MACG000000052
Allodial American National
Identification Card Substantive Birthrights
Nationality: Moor American
Natural Person / In Full Life
North, South, Central, Amexem/Africa/ America
National Domicile: North America
Race: Asiatic
Appellation:
Autograph:
Mailing Location:
Height: 5'7"
Weight: 170
Hair: Brown
Eyes: Brown
Ave
Chicago, Illinois Republic
Born Day: 07/13/1966
Freehold by Birthright, Primogeniture & Inheritance; Aboriginal Native Americans; Heir of North America; National People of the Land; Divine Law; United States Code of Law - Title 22, Chapter 2, Section 141 of a General and Permanent Character - AA222141; Not Taxed; Constitution-Article 1 Section 2, Clause; Treaties.
RIGHT THUMB
All Rights Reserved and Retained

I.S.L.A.M. A.L.L.A.H. 7

This Nationality and Identification Card bears the Great Seal of Moroccan Empire The bearer of this card is a Moorish American National, In Propria Persona, Aboriginal and Indigenous to Northwest Amexem / Northwest Africa / North America - The North Gate, including Central America, South America and the adjoining islands - Americana

The bearer of this card is Moslem under the Divine Principles Love, Truth, Peace, Freedon and Justice, honors the Divine Law of the GREAT KORAN of Mohammed and all Divine Prophets, Ali, Mohammed, Jesus, Budda and Confucius. Moorish American Nationals uphold and enforce the Supreme Law - The Divine Principle imbued within the North American Republic Constitution for the United States of America and are a citizen of the Moorish Nation - Northwest Africa / Northwest Amexem / North America.

All Office, departments, agents, etcetera, are bound by the Oath of uphold and support the Constitution for the United States Republic North America. All statutes, codes, rules, contracts, et al, repugnant to the Constitution are void Ab Initio, pursuant to Nature's Law, Divine Law, and affirmed by Article VI of the Constitution.



# The

# Zodiac Constitution

**by C.M. Bey**

**(c)AA222141 / Library of Congress, Washington, D.C.**

N
G
7
S
N
W
E
S
I S L A M

## Preface
## The Zodiac Constitution

Moorish Adepts, Moorish Scientists, Master Masons, Eastern Stars, Sheiks, Sheikesses, Neophytes, Great Seal PhDs., LLD., The Erudite of Jurisprudence, Amanuensis Masters, and World Scholars, have studied and marveled, upon analyzing the written Zodiac Constitution. This highly - qualified document was penned by C. M. Bey – a 3rd, 33rd, and 360 degree, Free Moorish Master Mason, Master Astrologer, PhD., LLD., and Constitution Law – Giver. This master - work was copyrighted and registered in the Library of Congress, Copyright Office, and with the Department of Justice, at Washington, D.C., United States Republic of North America.

There are interesting and effective literary characteristics about C. M. Bey's written Zodiac Constitution, which go beyond the fact of its being clear, simple and direct. Moorish Scholars will take note that it maintains the ancient Moabite / Moorish scientific, metaphysical and spiritual approach to the number seven [7] in harmony with the natural constitution of Man's make-up. Other learned intellectuals of the varied and advanced Gnostic schools of the world, and of Government, no doubt, must appreciate its uncluttered directness and integrity toward Justice.

The written Zodiac Constitution was not readily available to the masses, due to the nature of limited access to Moorish Schools of learning, and the suppres-

sion of information practices of Union States Society politicians and other Secret Societies' policies of clubism culture. The true history and law of North America has never been revealed to the subjugated masses. This anti-social practice is a part of the necessary socialization tools for maintaining veiled economic, political, and bureaucratic servitude in the Americas – particularly, in the North Gate.

Let us be qualified in our understanding that the Zodiac Constitution is not just the actual written 7 Article document, as presented to you for reading, historical analysis and law - study. The general populace must have access to that consciousness involving the true history and scientific foundation of Civilization and Culture on the Earth planet. Thusly, one immediately and wisely recognizes what actually comprises the Zodiac Constitution and the elemental nature of what inspired C. M. Bey to produce the inclusively complex scale of this compact and evidentiary treatise on "Right Law" government.

What comprises The Zodiac Constitution is expressed and revealed in the first opening paragraph of Article 1, as written by C. M. Bey. His literary works have come manifest by way of a knowledge of the Zodiac or "Workings of Nature", the Moabite / Moorish Code for Civilization, and the Sciences mentioned. And so, one can surmise that Astrology – the twelve Signs of the Zodiac; an expansion on The Code of Mathematics Scale; involving the numbers 0 1 2 3 4 5 6 7 8 9; The Science of Geometry [G] and the Arabic Alphabet; comprise Moabite / Moorish Science - the Culture and

foundation of Civilization on the planet Earth. A logistical study of the Zodiac Constitution should generate years of research and recovery of world Culture and true American History, for all who seek truth. Let us affirm our honor for our ancient Mothers and Fathers. Embrace knowledge and shun ignorance. Help to uplift fallen Humanity.

Hibu, Haqq, Salaam, Hurryatun, Adl,
Islam,
As Salaamu Alaikum,
Vadi Makum,

- Taj Tarik Bey
- A Free Moor
- Son of a Widow
- M.D.N.M.
- M.S.T. of A.
- M.O.O.The R.
- G.S.N.A.M.A.
- Shechabee Territory,
- Northwest Amexem

## Article 1

The Twelve Signs of The Zodiac, The Code of Mathematics scaling from zero to nine (0—9), and the Science of Geometry (G), comprise the Constitution of the Living Moorish Nation of North America, referred to As; "Negroes", who ruled the world and the Seven Seas by the 12 Signs of The Zodiac and the Science of Geometry (G), for eleven hundred and ninety-six years, to the Amazon Dutch-German Catholic Priesthood Fathers of the Revolution of 1789, and the Sisterhood Magna Charta, Emancipation Proclamation, Union Society of White Supremacy, in 1863 North America.

The Twelve Jurymen of the 50 Union States Society, and also the nine judges of the Supreme Court, were founded upon the Moorish Nation's 12 Signs of the Zodiac Constitution and Mathematics scaling from zero to nine (0—9). Thus without our Moorish Constitution, the Magna Charta, Emancipation Proclamation, Union Society of the Myth of White Supremacy, Definitely could have been found in in 1863.

## Article 2

**Zodiac Constitution Bir[illegible]**
**The Moorish American**
***(The Beys and Els)***

Since the 12 Jurymen of the 50 Union States magna Charta document of White Supremacy and the nine judges of their Supreme Court were founded upon our Moorish Zodiac 12 Signs, Mathematical Constitution, the lawmakers have no jurisdiction over the Free Moors, the Beys and Els, in the inherited land of the Moorish nation, namely: U.S.A., Canada, Central and South America.

The Moorish American Nationality and their sir names, Bey and El, are their inherited birthrights without a legal due process of the lawmakers of the Union Society, U.S.A. What our Moorish forefathers were, we are today without a doubt or contradiction, namely, Moorish!

## Article 3

### Tax and Military Exemption for Moorish Americans
*(The Beys and Els)*

The Moors, referred to as Negroes, definitely can never become members and citizens of the Union Society of the 48 States. Therefore they cannot be forced or drafted into the Union, U.S.A. Army or Military service to fight for the Magna Charta Code of the White Supremacy against themselves.

The lawmakers of the 48 States Union order cannot force the Moors, the Beys and Els, to pay taxes because taxation without representation is a supreme violation of the Moorish Zodiac Constitution birthrights of Islam. When the Union lawmakers denounce their immortal Magna Charta Code, and resort to the Moorish Zodiac Constitution, the Moors are compelled to pay taxes because every one of the Nation will be equally represented by it. There is no room in the Science of Masonry (The Zodiac), for mystic god religious worship, race, color, ignorance, war, crime, slavery and human injustice.

## Article 4

### Adequate Employment and Protection for Moorish Americans

Every lawmaker, the heads of industry and business enterprise of the 50 states Union Order, are obligated members and citizens of the Magna Charta Christian Church and Temple system of Christ the King of Jews, meaning; jury over the wealth and culture of the living Moorish nation of North America.

Therefore, by the Moorish Zodiac Constitution, the Moors, the Beys and Els, can demand adequate employment, food, clothing, shelter, medical care, equal rights, respect and protection from mob violence, rape and injustices, otherwise without being obligated to the union church and religious system of the order Christ, the "White" son idol God.

## Article 5

### Immoral Marriage License Code against the Zodiac Law of Nature

Truth cannot be altered and therefore needs no apology nor doctrine, because it is the supreme mental doctor itself for the entire human family, woman and man.

1) Thus the truth is, the Sisterhood Christian Daughters of the American Revolution, (D.A.R.), established the marriage license states right code to prevent the Moorish men and women from marrying into their Magna Charta society of White Supremacy.

2) Did you ever stop to think that women and men are already married by the Supreme Law of Nature,

and that a marriage license is an act of violation of the law of Nature? The Natural Law Union between women and men spells love and the reproduction of a child in which a marriage license plays no part in.

3) Definitely there cannot be any illegitimate children offspring from women and men, because woman is the supreme gate of creation of both male and female children by the law of nature, which spells I.S.L.A.M., or; I, Self, Law, and Master, the Carpenter and the Grand Architecture of the Human Family. "Adam" means the positive forces in woman and sons responsible for evolution or the reproduction of children by the law of nature. The Pope, Priests, the Preacher, and Judges of the Christian society definitely cannot prove that their "Adam" and "Eve" had a marriage license. Did you ever stop to think that the marriage license code is an act of selling women and men back to themselves?

The Union, Magna Charta marriage license code unfortunately and unconsciously caused the "White" women to be cut off from the human family (The Moorish Nation). In other words, the "White" women are supreme social slaves against their will and desire. This has caused them to carry in their mind and heart a secret sorrow and anger, which causes their children to inherit a tendency of crime, hatred, insanity and various other diseases.

# Islam

## Supreme Standard of the Zodiac Marriage Law *(Culture)*

Here are the elements of the Signs of the Zodiac and women and men's opposite signs involving the first marriage of the Zodiac Law of Nature. No preacher and money and license and neither religion is necessary in the standard zodiac marriage law.

In Harmony with Nature

1. Aries is Fire and Libra is Air.
2. Taurus is earth and Scorpio is Water.
3. Gemini is Air and Sagittarius is Fire.
4. Cancer is Water and Capricorn is Earth.
5. Leo is Fire and Aquarius is Air.
6. Virgo is Earth and Pisces is Water.

The 1863 Union Bible Story of "Eve" and "Adam" were founded upon the Moorish Zodiac twelve signs law, the negative and the positive forces of nature (female and male).

In Harmony with Nature:

1. Aries is fire and Gemini is air.
2. Leo is fire and Libra is air
3. Sagittarius is fire and Aquarius is air.

Persons born under the opposite signs and the angle signs are in harmony with one another in every manner. Thus first hand knowledge of the sign under which you and your mate were born will guide your destiny in peace, progress and happiness forever. Let us remember that this is not a theory. The Zodiac is the absolute universal standard of marriage and human guidance. Woman and man will know their duty toward one another and their children without being forced by the traditional code for the court room.

## Article 6

### The One And Only Universal Moral Law for Unity, Peace And Economic And Social Progress.

The Moorish Zodiac Constitution is the only Universal Unchanged Moral Law For The Human Family, For Unity, Human Equality, Respect, Peace And Economic and Social Progress. Therefore every Moor, the Beys and Els, must be guided by this constitution, and book "Clock Of Destiny", do that which is right by reason and have respect for the "White" Lawmakers and citizens of the Magna Charta Union Society of the 50 States, in order to demand respect from them.

The "White" Peoples of the Union are guided by their Magna Charta traditions and customs, and the Moors are guided by the Zodiac Constitution Law. Never the less, their customs and traditions, including themselves, must be respected by the Moors, without submitting themselves to any of the Magna Charta customs. That which is termed the Christian Law is, a rule of action recorded on paper and supported by authority and force. The Zodiac Law of Nature, is recorded in the wisdom of women and men, and supported by moral intelligence, The Greatest Law.

Knowledge of Zodiac Masonry as shown in this Moorish Constitution, and also in my book "Clock of Destiny" Volume 1 and 2, will prevent a Moorish American, He or She, from indulging in crime. They then would not have to appear in the court room to stand trial. Should a Moorish American who has this Constitution and Book 1 and 2 indulge in crime, such as; narcotics, robbery, forgery, prostitution, illegal whisky or alcohol, illegal schemes, gambling, peace breaking, violence and disrespect for the law of the City, Country, State and Federal, they then have incriminated

themselves and therefore will be penalized. This constitution, card and book definitely does not protect criminals. Beware.

*The Clock of Destiny Moorish American Card of Identification and Constitution has been registered in the Library of Congress and signed by the Author: C.M. Bey.*

A Moorish American cannot be convicted on false accusation frame-up charges. The evidence against a Moorish American Must be concrete proof beyond a shadow of doubt. The Moorish Nation of 150,000,000 (1951) of the U.S.A. shall not be destroyed for lack of truth and knowledge of the Law and constitution of the Moors.

## Article 7

### The Moorish Americans Freedom and Legal in The Christian Union Court Room.

In the Christian Union Court Room, the Moors cannot be forced to remove their Red Fez from their heads, nor can they be forced to raise their hand and take an Oath over the Christian Bible. Neither can Moors, the Beys and Els, employ "White" or "Negro" lawyers to represent them. The reason for this is that "White" People and their "Negro" slaves definitely cannot represent free Moorish Americans.

The Negro is the property of the Union Slave Holders. The Moors must respect the court by saying "I affirm". Here the court has no jurisdiction over them, which automatically makes them qualified to defend themselves by their Zodiac Constitution Law and their mathematical number nine (9). The number nine (9) corresponds with the letter I, based on the nine months from conception to birth, which makes you, yourself, The Great "I Am", the first and the highest law of self

protection and self preservation in harmony with your Zodiac 12 signs unchanged constitution Moral Law of 360 degrees squared by your number nine (9).

The Moorish Zodiac Constitution is referred to in Christian mythology as, "The Holy Koran" or, "Al Koran", meaning the earth, the moon, the sun and the seven planets or the Chronology Zodiac Record of the Moorish Nation of the North Gate, North America. The name "Mohammed", Prophet, Religion, God, Church, Temple, and Mosque, were established by the Dutch-Anglo Saxon Priesthood Franciscan fathers of North who overthrew the Moorish Society of Islam between 1789 and the Union of 1863.

The Moors, the Beys and Els, must never attempt to teach or lecture in the Christian Institutions, namely, Church, Temple, Mosque, School, and Hall. This is a violation of the Union Society Sates right Magna Charta Code of Mary and Christ. The truth of the Moorish Zodiac Constitution Law and moral human principles definitely conflicts with the Christian Union customs and Doctrine of the Magna Charta from every angle. Nor do not criticize the "White" peoples belief in the religion of their son and women image. Nor do not ever attempt to influence the "white" people to accept the oral truth and principles of your 12 signs Zodiac Constitutional Law, because the Magna Charta is a Latin phrase meaning, Magnate Charta of "White" peoples economic and social attraction only, which had its beginning in the Colonies of Ohio, Michigan, Indiana and Illinois in 1848 and 1854.

If the lawmakers of the 50 Union States Society of North America, should attempt to ignore the Moorish American's Zodiac Law and birthrights of this constitution, it would be an act of supreme violation of their own Magna Charta Code.

*Wa Alaikum As Salaam*











**Moorish National Republic Federal Government**

**~ Societas Republicae Ea Al Maurikanos ~**

**Moorish Divine and National Movement of the World**

**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**

**~ Temple of the Moon and Sun ~**

**The True and De Jure Natural Peoples – Heirs of the Land**

**~ I.S.L.A.M. ~**

# LAWFUL NOTICE!

## - NAME DECLARATION, CORRECTION -
## PROCLAMATION AND PUBLICATION

I, Zakarthea Lisa Newbern Mazzarri Bey, being a direct descendant of the Ancient Canaanites / Moabites, assert my Birthright Claim of Right and of Title. Standing squarely and duly Affirmed, I do Declare, and Proclaim, upon Divine Law; upon Nature's Law; upon Universal Law; upon my Moorish Birthrights; upon International Law; and by Treaty and Constitutional Law; Declare, Proclaim and say: I, Zakarthea Lisa Newbern Mazzarri Bey, being previously misclassified and misidentified by persons of the Union States Society, U.S.A - doing business at North America, was falsely - designated under the colorable, Ward-ship name, LISA NEWBERN MAZZARRI, and do hereby refute the said Misclassifications and Frauds; making it known to the Public; and Publish my Corrected Free National Name, Attribute and Title. I Declare and Affirm my true, 'Proper Person Status and Estate' and assertively Reclaim my Rightful Social and Cultural Life of the State. My Declaration, Correction, Proclamation and Publication are in sanguineous and harmonious accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully, Dutifully, and Legally Obtained and Proclaimed my Moorish Nationality and Birthrights, Name and Title; in harmony with, in association with, and in Accord with Divine Law; the archaic Customs; and the Laws, Rules, and Usages of "The Moorish Divine and National Movement"; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Heirship Inheritance.

My Right of Claim is 'Declared' for the Public Record, and I am returning the European cognomen, brands, and fictitious misnomer(s) back to the Colonial possessors of their construct and pedigree. I am now Rightfully and correctively Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am Zakarthea Lisa Newbern Mazzarri Bey In Propria Persona' Sui Juris, Sui Heredes, In Solo Proprio *(being in my own proper person)*, by birthright; and by Heirship Inheritance and WITHOUT IMPOSITION OF THE FOREIGN, IMPOSED COLOR-OF-LAW, COLOR OF AUTHORITY, NOR BY ANY ASSUMED OR COLORABLE JURISDICTIONS OR DUE PROCESSES of the foreign Union States Society persons doing business at North America / Northwest Amexem; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) - being Ali, Bey, El, Dey and Al, affirmed and supported by Article two (2), Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
   Moorish American Credentials: Copyright AA 222141- **TRUTH A-1.**
3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State.







4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty Clause) and Amendment IX (9) (Reservation of the Rights of the People).

5. HOUSE OF REPRESENTATIVES: RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. TITLED, "MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES".

6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4, Article 5.

**International Law:** Moorish – Americans, being the rightful Heirs and Aboriginal and Indigenous Natural Peoples of the Land, have and exercise the divine and natural rights to proclaim our Attributes, Names, Titles and Nationality.

**Moors / Muurs** have and exercise our divine and natural rights to live in freedom, peace and security as distinct People and to full guarantees against genocide or any acts of violence, including the removal of our natural birthed seed or offspring from our families and communities under any pretext. In addition, Moors have the individual rights to life, physical and mental integrity, liberty and security of person.

**Moors / Muurs** have and exercise the divine and natural rights to revitalize, use, develop, and to transmit to our future generations their histories, their languages, oral traditions, philosophies, writing systems and literatures, and to designate and retain their own names for communities, places, and person. States shall take effective measures, whenever any rights of Moors / Muurs may be threatened, to ensure this right is protected, and also to ensure that they can understand and be understood in political, legal and administrative proceedings, where necessary through the provision of interpretation or by other appropriate means.

**Wherefore, I,** Zakarthea Lisa Newbern Mazzarri Bey, being Heir to the Land and 'Part and Parcel' named herein, by Birthright, by Freehold, by Primogeniture, and by Heirship Inheritance, stand with assured competence, and make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration; Affirmation; and Application - Herewith made known and Published for the 'Public Record'.

**I Am:** Zakarthea Lisa Newbern Mazzarri Bey
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris, Sui Heredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate' Temple of the Moon and Sun: All Rights Reserved.

Witness: Marcia Dean Kavanne El
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris, Sui Heredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate' Temple of the Moon and Sun: All Rights Reserved.

Witness: [signature] El
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris, Sui Heredes, In Solo Proprio: Northwest Amexem / Northwest Africa / North America / 'The North Gate' Temple of the Moon and Sun: All Rights Reserved.

Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire'
al United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page 2 of 2





# Moorish National Republic Federal Government

~ Societas Republicae Ea Al Maurikanos ~

**Moorish Divine and National Movement of the World**

**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**

~ Temple of the Moon and Sun ~

**The True and De Jure Natural Peoples – Heirs of the Land**

~ I.S.L.A.M. ~

## - Judicial Notice and Proclamation -

**To All Elected, all non-elected and to all appointed United States Republic Officials, Public Servants, and Officers of Trust, etc., doing business as, of, and for the Federal, State, City, and Municipal Governments; including their Personnel, their Contractors, and their other associate Corporate Entities doing business at North America; and to all 'Third Party Interlopers' or Contractors, etc.,: Concerning their Fiduciary Obligations, their Official Oaths, and their Duties enumerated in the American Constitution, adopted for governance of The United States Republic; all Binding Treaties; the Established Law of the Land; and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Publications and Presents:**

**Upon** my Heirship, inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Zakarthea Lisa Newbern Mazzarri Bey, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem *(the Americas)*; standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent *(In My Own Proper Person)* to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, Zakarthea Lisa Newbern Mazzarri Bey, Am a Noble of the Al Moroccan Empire *(North America)* In Propria Persona *(my own proper self)*; being Moorish American – an Heir and Descendant of the Ancient Moabites / Moors, by Birthright, by Freehold, by Primogeniture and by Inheritance; being Aboriginal and Indigenous to the Land(s) *(Amexem / Americas)* Territorium Hereditaments of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The Al Moroccan** *(American)* Continents - are the Lands of the Moors; being North America, South America; Central America; including the adjoining Islands *(Americana / Ameru / Al Moroc)*. I have, I acknowledge, I claim and I possess, by the said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Traditions, Customs and Culture; and determining my own political, social, and economic status of the State. I am turning my heart, my allegiance, and my mind back to my Ancient Mothers and Fathers - Moors / Muurs, with cognate honor, and by Divine and Natural Right. Being Moorish Americans, the direct Heirs and Descendants of the Ancient Moabites, we have and possess the Divine and internationally recognized Rights to our Hereditaments and Resources; and proclaim the right to determine our own social, economic and political life and 'Status of the State'; and in





harmony with 'International Law'; and with such 'Rights of Claim' being absent of foreign – law threats, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected by any occupying foreign persons to any imposed frauds, 'nom – de – guerre' or Color-of-Authority.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable Rights, Substantive Rights, and Birthright - Inheritance to our ancient pedigree traditions and Customs, and the Right of Claim to our Al Moroccan Attributes, Names, and Nationality, substantiated by, and supported by, Nature's Laws, by Divine Law, by Primogeniture, and by the recognized Laws of the Nations of the Earth *(International)*. Being the true, Ancient, Aboriginal / Indigenes and Heirs of the Land *(Amexem / America)* – 'The North Gate', being the *geographical heart-land (Maghrib)* of the Moroccan Empire. Moors / Muurs are the 'De jure' and rightful Freeholders by Birthright, by Inheritance and by Primogeniture Status; and have by those Inherited Rights, Descendible Claims. Note to all Comers, that we *(Heirs of the Land)* Possess the Secured Rights to Travel upon the Lands of our Ancient Fore-Mothers and fore-Fathers; upon the Public Roadways, upon the Byways and upon the Highways of our Continental United States *(relating to the Organic Land)* and absent of the genocidal, fraud – based extortion tributes, and Human Trafficking imposed by foreign 'colored' Inquisitionists, or by their corporation - imposed excise taxation constructs, invented by the racketeering, anti-constitutional, foreign States' Legislators, constructed under *color* and styled to abridge and to steal Substantive Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; Stare Decisis; Res Judicata; and bindingly Affirmed by Articles III, IV and VI of the American Constitution Covenant of 1774 - 1781 A.D. = and Treaty 1200 -1 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. The said American Constitution established the Peoples' 'Supreme Law of the Land' standing upon the principles of moral government to secure the Rights of the People, and to keep limited Government operatives bound and in check by Official Oath, and by Official Bond. Let it be known that: 'Down from the Ancients Ones, *(our Primogenitors)* came the Allodial Isonomi Principles which established the Supreme Law of the Land!'

**Egypt**, *(Hikuptah)* is 'The Capital Empire of the Dominion of Africa'. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites, from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. This includes Algiers, Tunis, Tripoli, Mauritania, and the Americas, with their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis, even unto the present **North America, South America** and **Central America**; and also **Mexico** and the **Atlantis Islands** *(Americana)* before the great earthquake, which caused the great Atlantic Ocean.

**The 'Great Seal Pyramid'** is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America *(geographical location)*. The Great Pyramid *(equilateral)* is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We, the conscious Heirs, seek, at all times, to be cognizant of the civilization works, instructions, and progressive acts necessary to teach, to preserve and to defend the Nationality and Birthrights of All Moorish Americans *(Al Moroccans)*, etc.

**The** Noble Moors / Muurs *(Heirs Apparent)* are the Natural Members / Citizens of the Ancient Al Moroccan Empire *(North America / 'The North Gate')* and are by civic and social duty,

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page 2 of 8





bound to recognize and to support our 'Great Seal' Sovereign Moorish National Federal Government and consanguine Nation of the Natural People. In our relation with others, we command the enforcement of our Al Moroccan Constitution. Thus, such organized communications and Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Attributes, Names and Noble Titles, **Ali, El, Bey, Dey**, and **Al.** The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of all Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having pre-existing, vested Constitution and Treaty - secured Rights and Immunities from foreign – corporate TAXATION, and from foreign, Criminal and Civil Jurisdiction by, and of, the colonial Union States Rights Republic *U.S.A., (private corporation and persons)* pursuant to, but not limited to, Divine Right; the United States Republic Supreme Court; International Law; and the 'Acts of State' to wit:

***"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"***

**The** present Union States Municipal and Civil Laws and Codes imposed upon the Land are a private – law, 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union; limited and bound by Article IV, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four *(1854).* It governs 'ONLY' the rights and conduct of the alleged "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three *(1863)* Union States Rights Republic, under the Magna Charta *(The Great Charter)*, the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever, the said 'Union States Rights Republic' denies citizenship in the United States Republic *(U.S.A.)* to the Heir descendants of the Moorish Nation in the Western Hemisphere, who have been erroneously referred to, 'branded as' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, Latinos, etc., etc. In addition, the Supreme Court of the United States *(in the landmark case)* of "Dred Scott v. Sandford" 60 US *(19 Howard)* 393 *(1857)* held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Attributes / Names / Noble Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic *(U.S.A.)* jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag *(Standard)* - **Love, Truth, Peace, Freedom**, and **Justice**. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to all 'FOREIGN ENTITY TAXATION' *(Indigenes Not Taxed)* and maintain a NON– OBLIGATORY respect for the Union States Rights Republic *(U.S.A.)*, its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven *(1786 – 87)* - superseded by the Treaty of Eighteen Thirty-Six *(1836);* Resolution 75: Journals of The House of Representatives, adopted for the United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names. Reaffirmations have been made via The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. *(No, 16)* at 19, U.N. Document A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

**Page 3 of 8**

  

United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple of America Identification Cards, etc.

**Furthermore**, I Assert My full Birthrights - Sovereignty and Substantive Rights and my Right of Claim to all Hereditaments - Being a Sundry Free Moor / Muur and a *(Natural Being)* distinguished from all and any spurious constructs, created by the foreigners, or by their agencies, pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation *(Ab Antiquo);* The Treaty of Peace and Friendship – 1786 -87 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act *(Union States Army: 1861 -1863);* The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural Peoples and of their Substantive Rights, etc., the following are pertinent and established Supreme Court Decisions, *(Stare Decisis and Res Judicata)* to wit:

1. **The** Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

2. **The** use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3. **The** Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

4. **The** Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

5. **State** Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. **The** state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7. **Traveling** in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8. **Under** the United States Republic's Constitutional system of Government and upon

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page **4** of **8**





the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. **Where** Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. **The** claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. **For** a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. **If** any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 2111 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "**Lack** of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**Whereas**, In light of the foregoing Jurisprudence 'Stare Decisis' and 'Res Judicata' affirmed and declared by the Supreme Court Decisions; by Facts, and by Law; and counter to the negative and 'colorable' social and political conditions instituted by corporate State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic *(U.S.A.)*, and by its agents, personnel, contractors, and assigns. Maxims and Axioms are lawfully, legally in force under National and International Law attending to these issues. And this Affiant *(Natural Being - In Propria Persona)* does not abandon any of my Estate Rights; do not waive any Substantive Rights; does not transfer 'Power of Attorney' to any foreigner; and does not willingly consent to any public trial or ministerial hearing in any 'colorable' tribunal venue or involvement with any non-Article III, unconstitutional jurisdiction. The Official Oaths and Bonds; the Obligations; and the Fiduciary duties of all accusers and proof-bound 'claimants' to National Constitution and Treaty Law and Order; the Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal Law violation and International Law offence and Trespass.

**Whereas**, there is no question that a 'Bench Appearance Summons', a Detention, an Arrest and a Ticket or Citation, issued by a Police [Officer] or by others, against the people, for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**That** the Organic United States Republic Constitution *(derived from Ancient Moabite / Moorish Law)* remains 'The Supreme Law of the Land'; and all Treaties made, or which shall be made, under the Authority of The United States Government, and under its Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law or colorable processes which are Repugnant to the Constitution or Treaty shall remain forever *'colorable'* and are Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 *(1803)*. Any Municipal Officer(s), Person(s), Personnel, Employee(s) or Contractor(s) who violate or abridge the Rights of the Natural People or Citizens, are subject to suit or other tort action, in their personal and / or official capacity to wit:

**Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:**

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page 5 of 8

  

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

***They** shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

**Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:**

***Whoever**, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

**Therefore**, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and "**Executive Order 13107**" - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

**Wherefore** all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page 6 of 8

  

Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

**Explicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, or acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known...:

**Represent** means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest'; a 'Conflict of Law'; and clearly establish the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality and International Law, etc. Thus, a clear and documented 'Averment of Jurisdiction / Quo Warranto' is also hereby proclaimed and advanced to all parties of interest. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal / Indigenes of the Land! Thus, only Moors can '**Present**' 'Self'!

I, Zakarrhea Lisa Newbern Mazzami Bey, being a real, live flesh and blood, breathing, Divine and Natural Being - born sanguineous of a natural, thinking and animated Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true. This 'Notice' is constructed to the best of my knowledge, conjoined to my Culture, Customs and Beliefs; being actual, factual, and restorative in nature to my ancient Traditions and Customs; presented as correct, and not misleading, etc.; - being the Truth, the whole Truth, and nothing but the Truth. As with our ancient Traditions and Customs, I entreat to all:

Hibu *(Love)*, Haqq *(Truth)*, Salaam *(Peace)*, Hurryatun *(Freedom)*, Adl *(Justice)*.

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page 7 of 8

  


**All** Rights Reserved Without Prejudice; U.C.C. 1-207 / 308, U.C.C. 1-103.

**I** Am: Zakarthea Lisa Newbern Mazzarri Bey.
Natural Person - In Propria Persona, Sui Juris, and Sui Heredes – In Solo Proprio: Authorized Representative; All Rights Reserved

**Aboriginal** / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se, Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Heirs and Inheritors of the Lands *(Territories)* – (North America, Central America, South America, and the Adjoining Islands - Al Moroc / Ameru / Americana).

**Witness:** Marino Dean Kawame El.
Natural Person - In Propria Persona – Sui Juris, Sui Heredes - In Solo Proprio: All Rights Reserved

**Witness:** Rzil Sneme El.
Natural Person - In Propria Persona – Sui Juris, Sui Heredes – In Solo Proprio: All Rights Reserved

* * * * * * *

- **By** Special Appearance, before me on Day 10 of November, 2019 CCY = 1438 M.C., and in Honor the Divine Natural Being, Zakarthea Lisa Newbern Mazzarri Bey Affirms that He / She is a Descendant / Heir, Natural Person / Divine Being herein named, standing 'In Full Life', existing in His / Her own Proper Person; meeting the primal 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being of descendible age and competence; and being lawfully qualified and competent to execute this Document of Affidavit. I therefore place my hand, my autograph and my seal thereto.

**Chronos:**
Day: 10 Month: November Year: 2019.

**I** Am: Marino Dean Kawame El.
**Vizier / Minister / Consul:** Natural Person - In Propria Persona, Sui Juris, Sui Heredes – In Solo Proprio: Authorized Representative; All Rights Reserved, Free Moor / Muur
Northwest Amexem / Northwest Africa / North America / 'The North Gate'

*Seal*

...enous Peoples' Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire'
...ited States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Heirs and Inheritors of the Land.

Page 8 of 8



OFFICE OF THE MAYOR

CITY OF CHICAGO

RAHM EMANUEL
MAYOR

**PROCLAMATION**

WHEREAS, the Moorish Americans are the descendants of the ancient Moabites, Hamatities, and Canaanites who were permitted by the Old Pharaohs of Kemet to traverse from East Africa and later formed themselves kingdoms extending from the northwestern and southwestern shores of Africa, the Atlantic Islands onto the present day Continental Americas; and

WHEREAS, the indigenous Moorish Peoples of the Americas are now united in order to again link themselves with the family of nations, and

WHEREAS, the Moorish Americans, being aboriginal to the territories of North, Central and South Americas, have formed a sovereign Theocratic Government guided by the command principles of love, truth, peace, freedom, and justice through virtue of the universal right to self-determination as well as with the Declaration on the Rights of Indigenous Peoples guaranteed in the Charter; and

WHEREAS, on January 8, 1886, Noble Drew Ali was born in the State of North Carolina destined to become the first Patriot of his mentally enslaved Moorish American People. In 1912 he was later anointed as "El Hajj Sharif Abdul Ali "by the Heads of Egypt and Holy City of Mecca to return to the United States as the Last Prophet and Founding Father of the newly risen Nation of Moorish Americans. As a result of the 13th amendment, Moorish people were emancipated from slavery in 1865.

NOW, THEREFORE, I, RAHM EMANUEL, MAYOR OF THE CITY OF CHICAGO, do hereby proclaim January 8-15, 2012, to be MOORISH AMERICAN WEEK IN CHICAGO, and urge all residents to recognize the events planned for this time.

Dated this 22nd day of December, 2011.

Rahm Emanuel
Mayor

# Research is a must, claim your Nationality Autochthonous indigenous Aborigine Moors

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - CHANCERY DIVISION**

QUICKEN LOANS INC,

PLAINTIFF
vs.
LISA N. MAZZARRI; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

DEFENDANTS

NO. 2019 CH 02847
Judge William B. Sullivan
CAL NO. 62

Address: 5404 S. Seeley Avenue
Chicago, IL 60609

**RE-NOTICE OF MOTION**

TO:

- Lisa N. Mazzarri, via lisanewbernmazzarri@gmail.com
- Lisa N. Mazzarri, 5404 S. Seeley Ave., Chicago, IL 60609

Please take notice on March 31st, 2020 at 2:30 pm, I shall appear before the Honorable Judge William B. Sullivan, in Courtroom 2803, in the Richard J. Daley Center, 50 W. Washington St., Chicago, IL 60602, for a hearing on the previously filed Motions for Summary Judgment, Judgment of Foreclosure and Sale, and to Appoint Selling Officer.

/s/ Patrick T. Schuette
Patrick T. Schuette, IL ARDC #6300801
Attorney for Plaintiff

**PROOF OF SERVICE**

I, Patrick T. Schuette, an attorney certify that I served the attached certificate, affidavit, and this notice by email sent from 230 West Monroe, Chicago, IL 60606 to the email addresses of the parties listed above on February 28, 2020 before 11:59 p.m. and by mailing a copy of this notice, certificate, and affidavit to the above named parties where a mailing address has been identified at the addresses listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 West Monroe, Chicago, IL 60606 on or before 5:00 p.m. on February 28, 2020

I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

/s/ Patrick T. Schuette
Patrick T. Schuette, IL ARDC #6300801
Attorney for Plaintiff

Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Email: ilpleadings@johnsonblumberg.com
Ph. 312-541-9710 / Fax 312-541-9711
JB&A # IL 19 7013
Cook County No.: 40342